UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS EMCH, II,

    Plaintiff,

v.                                       Case No. 11-13275

SUPERIOR AIR-GROUND AMBULANCE
SERVICE OF MICHIGAN, INC.,

    Defendant.
                                     /

## JUDGMENT

In accordance with the court's September 17, 2012 "Opinion and Order Granting Defendant's Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Superior Air-Ground Ambulance Service of Michigan Inc. and against Plaintiff Douglas Emch. Dated at Detroit, Michigan, this 17th day of September, 2012.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                 BY: s/Lisa Wagner
                                     Lisa Wagner, Deputy Clerk
                                     and Case Manager to
                                     Judge Robert H. Cleland